BLANE A. SMITH (SBN 96795)
bsmith@blanesmithlaw.com
**LAW OFFICE OF BLANE A. SMITH**
3620 American River Drive, Suite 218
Sacramento, CA  95864
Telephone: (916) 679-1245/ Fax: (916) 679-6575

Attorney for Plaintiff,
INTEGON NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VYACHESLAV GARBUZOV; GALINA MATEUSH; LEONID MATEUSH; WEST COAST CONSTRUCTION PRO, INC.; RICHARD ANTHONY DUCLOS; and ROES 1 through 30 and COMPANIES RED, WHITE and BLUE,<br><br>Defendants. | Case No.  2:20-cv-00274-JAM-AC<br><br>**STIPULATION FOR JUDGMENT AND ORDER**<br><br>Hon. John A. Mendez, Presiding<br>Complaint Filed:  February 5, 2020 |

The parties hereto, Defendants GALINA MATEUSH, LEONID MATEUSH and WEST COAST CONSTRUCTION PRO, INC., and each of them, and Plaintiff INTEGON NATIONAL INSURANCE COMPANY, by and through their respective counsel, do hereby enter into, and submit for the Court's approval, the following stipulation:

1. Defendants GALINA MATEUSH, LEONID MATEUSH and WEST COAST CONSTRUCTION PRO, INC. submit to the personal and subject matter jurisdiction of the United States District Court for the Eastern District of California in this matter.

2. No policy of insurance issued by INTEGON NATIONAL INSURANCE COMPANY ("INTEGON") obligates INTEGON to provide a defense, or indemnity, or both, to VYACHESLAV GARBUZOV, GALINA MATEUSH, LEONID MATEUSH or WEST COAST CONTRUCTION PRO, INC., or any of them, with respect to the matter of *Richard Anthony Duclos v. Vyacheslav Garbuzov,* Sacramento County Superior Court Civil Action No. 34-2016-00198735.

3. INTEGON NATIONAL INSURANCE COMPANY releases any claims against GALINA MATEUSH, LEONID MATEUSH and WEST COAST CONTRUCTION PRO, INC. for reimbursement costs or fees incurred in the defense of the matter of *Richard Anthony Duclos v. Vyacheslav Garbuzov,* Sacramento County Superior Court Civil Action No. 34-2016-00198735, as well as any costs or fees incurred in this declaratory relief action.

4. The parties to this stipulation, by and through their counsel, agree to the Court's entry of judgment on these terms in favor of Plaintiff INTEGON NATIONAL INSURANCE COMPANY and against Defendants GALINA MATEUSH, LEONID MATEUSH or WEST COAST CONTRUCTION PRO, INC., provided further that said Plaintiff and said Defendants will each bear their own costs, if any, in connection with this declaratory relief action.

IT IS SO STIPULATED.

Dated:  July 15, 2020                    MICHAEL THOMAS

                                         By:__/s/_____
                                             Michael Thomas on behalf of Defendant
                                             GALINA MATEUSH

Dated:  July 20, 2020            MICHAEL THOMAS

By: /s/_____
    Michael Thomas on behalf of Defendant
    LEONID MATEUSH

Dated:  July 20, 2020            MICHAEL THOMAS

By: /s/_____
    Michael Thomas on behalf of Defendant
    WEST COAST CONSTRUCTION PRO, INC.

Dated:  August 24, 2020            LAW OFFICE OF BLANE A. SMITH

By: /s/_____
    Blane A. Smith
    Attorney for Plaintiff,
    INTEGON NATIONAL INS. CO.

## **ORDER**

The parties having stipulated to the foregoing, by and through their counsel, and good cause appearing therefore, it is ordered that this stipulation is approved by the Court, judgment to be entered accordingly upon conclusion of this matter.

IT IS SO ORDERED.

Dated:  September 4, 2020

/s/ John A. Mendez_____
John A. Mendez
UNITED STATES DISTRICT COURT JUDGE