UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>v.<br><br>VYACHESLAV GARBUZOV, et al.,<br><br>Defendants. | No. 2:20-cv-0274 JAM AC<br><br><br>ORDER |

Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On April 21, 2021, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 21, 2021, are adopted in full; and
2. Plaintiff's motions for default judgment, (ECF No. 22 and 23) are granted and the motion at ECF No. 18 is STRICKEN as duplicative.

DATED: June 28, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE