UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integon National Insurance Company , <br><br>Plaintiff, <br><br>v. <br><br>Garbuzov et al, <br><br>Defendant. | Case No. 2:20-cv-00274-JAM-AC <br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Richard Anthony Duclos

KEITH HOLLAND, CLERK

By: /s/ A. Coll, Deputy Clerk