UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| Integon National Insurance Company , | Case No. 2:20-cv-00274-JAM-AC |
|---|---|
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT** |
| Garbuzov et al, | |
| Defendant. | |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Vyacheslav Garbuzov

KEITH HOLLAND, CLERK

By: /s/ A. Coll, Deputy Clerk